EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: <br><br> Azalea M. Ortiz Rodríguez | 2016 TSPR 146 <br><br> 195 DPR ____ |
| --- | --- |

Número del Caso: TS-16,039

Fecha: 30 de junio de 2016

Abogada de la Peticionaria:

    Por Derecho Propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Azalea M. Ortiz Rodríguez                    TS-16,039

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de junio de 2016.

Examinada la *Solicitud sobre readmisión al ejercicio de la abogacía,* presentada por la abogada Azalea M. Ortiz Rodríguez, se provee ha lugar.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogada activa  Registro Único de Abogados y Abogadas de Puerto Rico (RÚA). Además, se le ordena a la abogada Ortiz Rodríguez actualizar su información de contacto en el RÚA.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no interviene.


                              Juan Ernesto Dávila Rivera
                              Secretario del Tribunal Supremo